**Logan L. Mullins, receiver of Englewood Sash & Door Company, appellee, v. Lehigh Valley Coal Company, appellant.   Gen. No. 25,719.**

Appeal from the Circuit Court of Cook county; the Hon. David F. Matchett, Judge, presiding.   Heard in this court at the October term, 1919.   Reversed and remanded with directions on confession of errors.   Opinion filed October 11, 1920.

Hoog & Ullmann, for appellant.   Robert W. Dunn, for appellee.

Mr. Presiding Justice Holdom delivered the opinion of the court.

---

**George Holy, plaintiff in error, v. A. C. McClurg & Company, defendant in error.   Gen. No. 25,796.**

Action for malicious prosecution.   Judgment of *nil capiat*.   Error to the Circuit Court of Cook county; the Hon. John P. McGoorty, Judge, presiding.   Heard in this court at the March term, 1920. Affirmed.   Opinion filed October 11, 1920.

Tone & Challenger, for plaintiff in error.   McCormick, Kirkland, Patterson & Fleming, for defendant in error; Joseph B. Fleming and Louis G. Caldwell, of counsel.

Mr. Presiding Justice Holdom delivered the opinion of the court.

---

**Dolese & Shepard Company, appellant, v. National Stone Company, appellee.   Gen. No. 25,876.**

Action on account for stone sold to defendant.   Counterclaim for stone sold to plaintiff.   Judgment for defendant.   Appeal from the Municipal Court of Chicago; the Hon. John A. Swanson, Judge, presiding.   Heard in this court at the March term, 1920.   Affirmed. Opinion filed October 11, 1920.   Rehearing denied October 25, 1920.

William J. Pringle and Edwin Terwilliger, Jr., for appellant. David R. Clarke, for appellee; Fyffe, Ryner & Dale, of counsel.

Mr. Presiding Justice Holdom delivered the opinion of the court.

---

**Henry H. Bishop, plaintiff in error, v. Aetna Life Insurance Company, defendant in error.   Gen. No. 25,885.**

Action on a policy of insurance.   Judgment of *nil capiat*.   Error to the Circuit Court of Cook county; the Hon. Frank Johnston, Jr., Judge, presiding.   Heard in this court at the March term, 1920. Affirmed.   Opinion filed October 11, 1920.

John S. Hummer, for plaintiff in error; James E. McGrath, of counsel.   Daniel F. Flannery, for defendant in error.

Mr. Presiding Justice Holdom delivered the opinion of the court.